UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                            11-cr-568-4 (PKC)

          -against-                                            ORDER

HILTON MARRERO,

                           Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hear telephonic argument on the defendant's motion for reduction in sentence and compassionate release on November 9, 2020 at 12 p.m.  The call-in information for the proceeding is as follows:

        Dial-in number: (888) 363-4749

        Access code: 3667981

        SO ORDERED.

                                                  P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
            October 29, 2020