**LINCOLN SQUARE LEGAL SERVICES, INC.** | Fordham University School of Law | Tel 212-636-6934
| 150 West 62nd Street, Ninth Floor | Fax 212-636-6923
| New York, NY 10023 |

November 4, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-4-20

Re: <u>U.S. v. Hilton Marrero</u>
    11 Cr 568 (PKC)

Dear Judge Castel:

    We represent Mr. Hilton Marrero in the above-referenced case, for which we have a hearing scheduled for Monday, November 9, 2020 at 12:00 p.m. We write, with the government's consent, to respectfully request to have a law student intern assist in the hearing.

    I am a clinical law professor at Fordham, and work alongside students to represent our clients in the Fordham Law School Clinic via our non-profit firm, Lincoln Square Legal Services, Inc. While we understand that students do not typically argue criminal matters, the Southern District of New York allows students to assist in civil matters, including habeas petitions. We see the upcoming argument for a sentencing reduction as more akin to a habeas petition than a pre-conviction criminal proceeding, where the interests of having counsel present arguments are stronger. We also note that the Second Circuit permits student arguments in criminal appeals. Finally, we know that some defendants proceed *pro se* in these motions, which gives us additional reason to believe that student argument here would not be inappropriate.

    Importantly, Mr. Marrero has not only consented to a student arguing, as documented in the enclosed Law Student Appearance form, he has explicitly requested it. My colleague, Jennifer Louis-Jeune, and I will be on the call and will supplement the argument as necessary. The students, under our supervision, wrote the opening request and the reply. They are well-versed in the issues.

    We appreciate the Court's consideration of this request.

Respectfully submitted,
/s/ Michael W. Martin
Michael W. Martin
Executive Director
Lincoln Square Legal Services, Inc.
*Attorney for Defendant*

Encl.

cc: AUSA Thomas S. Burnett (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States | |
|---|---|
| | v. |
| Hilton Marrero | |

No. 11 Cr 568 (PKC)

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in __Fordham__ law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   November 4, 2020                         *Elizabeth Marley*
   _____                         _____
   (date)                                   (Signature of Student)

                                            Elizabeth Marley
                                            _____
                                            (Print Name)

2. Certification of Law School Dean or Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that __Jennifer Louis-Jeune__, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   November 4, 2020                         _____
   _____                         (Signature of Dean or Authorized Designee)
   (date)

   Michael Martin                           Authorized Designee
   _____                         _____
   (Print Name)                             (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

November 4, 2020
(date)

*(Signature of Attorney)*

**Jennifer Louis-Jeune**
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

11/2/2020
(date)

*(Signature of Attorney)*

**Hilton Marrero**
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

(date)

(Signature of Judge)

**Judge P. Kevin Castel**
(Print Name)