

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2022

Hon. P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>Hilton Marrero</u>, 11 Cr. 568-4 (PKC)

Dear Judge Castel:

    The defendant in the above-captioned case has filed a renewed motion for compassionate release. This Court set a deadline of January 24, 2022 for the Government's response. The Government respectfully requests a three-week extension, to February 14, 2022. Mr. Marrero's attorney does not oppose the request.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:  __/s/ Thomas Burnett_____
        Thomas S. Burnett
        Assistant United States Attorney
        (212) 637-1064

Application GRANTED.

SO ORDERED.

Dated: New York, New York
       January 31, 2022

_____
P. Kevin Castel
United States District Judge